NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION**

-------------------------------------------------------------------

**RONALD A. KATZ TECHNOLOGY LICENSING LP,**
*Plaintiff-Appellant,*

**v.**

**GENERAL MOTORS CORPORATION,**
*Defendant-Appellee.*

———————————

2009-1407, -1408

———————————

Appeals from the United States District Court for the Central District of California in Nos. 2:07-ML-1816 and 07-CV-2339, Judge R. Gary Klausner.

———————————

**ON MOTION**

———————————

**O R D E R**

Ronald A. Katz Technology Licensing, L.P. moves without opposition to withdraw the above-captioned appeals without prejudice to seeking relief in the district court.

Upon consideration thereof,

RONALD A. KATZ TECHNOLOGY v. GENERAL MOTORS                    2
CORPORATION

IT IS ORDERED THAT:

(1)  The motion is granted.

(2)  Each side shall bear its own costs.

(3)  All other pending motions are moot.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk


s21


Issued As A Mandate: May 6, 2013